**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, )<br><br>Plaintiff, )<br><br>-vs- )<br><br>SGT. WILLIE HEDDEN, LT. BENJAMIN )<br>BURNETT, LT. BLAKE HAUBRICH, )<br>C/O ALEX BANTA, WARDEN )<br>CAMERON WATSON, ASST. WARDEN )<br>STEVE SNYDER, Individually, )<br><br>Defendants. ) | No. 19-3010-SEM |

## NOTICE OF APPEARANCE

Now Comes Kwame Raoul, Attorney General of the State of Illinois, by Christopher L. Higgerson, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of the Defendants, CAMERON WATSON and STEVE SNYDER, in the above cause.

                                                            Respectfully submitted,

                                                            CAMERON WATSON
                                                            and STEVE SNYDER,

                                                                Defendants,

Christopher L. Higgerson, #6256085
Assistant Attorney General                   KWAME RAOUL, Attorney General,
500 South Second Street                         State of Illinois,
Springfield, Illinois 62701
Telephone: (217) 782-1841                      Attorney for Defendants,
Facsimile: (217) 782-8767
E-Mail: chiggerson@atg.state.il.us           By:  s/ Christopher L. Higgerson
                                                               Christopher L. Higgerson
  Of Counsel.                                              Assistant Attorney General

No. 19-3010
Certificate of Service

I hereby certify that on March 18, 2019, I caused to be electronically filed a Notice of Appearance, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Oppenheimer    michael@eolawus.com

Respectfully submitted,

   s/ Christopher L. Higgerson
Christopher L. Higgerson
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
Telephone: (217) 782-1841
Facsimile: (217) 782-8767
E-mail: chiggerson@atg.state.il.us
  & gls@atg.state.il.us