UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) )   No. 19-3010-SEM |
| SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, C/O ALEX BANTA, WARDEN CAMERON WATSON, ASST. WARDEN STEVE SNYDER, Individually, | ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS
COUNT VI PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

Defendants, Cameron Watson and Steve Snyder, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 12(b)(1), move to dismiss Count VI of plaintiff's complaint (doc. 1), stating as follows:

1.   Larry Earvin was an inmate of the Illinois Department of Corrections and housed at Western Illinois Correctional Center. (Doc. 1.) On or about June 26, 2018, Mr. Earvin died while housed at another correctional facility. *Id.* On January 16, 2019, Plaintiff—the purported administrator of Mr. Earvin's estate—filed this lawsuit claiming defendants Watson and Snyder—the Warden and Assistant Warden of Operations of Western Illinois Correctional Center—violated Mr. Earvin's rights under the Eighth Amendment to the United States Constitution and violated various provisions of state law. *Id.* Specifically, Plaintiff pleaded defendants are liable for negligent or willful and wanton conduct under the Illinois Survival Statute (Count VI). *Id.*

2.	Defendants move to dismiss Count VI of plaintiff's complaint because the Court lacks subject-matter jurisdiction over this claim.

3.	Defendants concurrently file and incorporate a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request this honorable Court grant their motion and dismiss Count VI of plaintiff's complaint.

    Respectfully submitted,

    CAMERON WATSON AND STEVE SNYDER,

        Defendants,

Christopher L. Higgerson #6256085
Assistant Attorney General    KWAME RAOUL, Illinois Attorney General,
500 South Second Street
Springfield, Illinois 62701      Attorney for Defendants,
(217) 782-1841 Phone
(217) 782-8767 Fax    By: _s/Christopher L. Higgerson_
E-mail: chiggerson@atg.state.il.us    Christopher L. Higgerson
    Assistant Attorney General

No. 19-3010-SEM

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, the foregoing document, Motion to Dismiss Count Vi Pursuant to Federal Rule of Civil Procedure 12(b)(1), was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael Oppenheimer   michael@eolawus.com

    Respectfully submitted,

    _s/ Christopher L. Higgerson_
    Christopher L. Higgerson
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62701
    Telephone: (217) 782-1841
    Facsimile: (217) 782-8767
    E-mail: chiggerson@atg.state.il.us
    & gls@atg.state.il.us