AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
### Central District of Illinois

LARRY PIPPION, Rep of the Estate Larry Earvin )
*Plaintiff* )
v. ) Case No. 19-cv-03010
SGT WILLIE HEDDEN, et al )
*Defendant* )

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LT. BLAKE HAUBRICH

Date: 4-25-19

*Attorney's signature*

Richard D. Frazier
*Printed name and bar number*

1 W. Old State Capitol Plaza, Ste 800
Springfield, IL 62701

*Address*

frazier@springfieldlawfirm.com
*E-mail address*

(217) 753-4242
*Telephone number*

(217) 753-4642
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LARRY PIPPION, Rep of the Estate Larry Earvin  )
*Plaintiff*                                    )
v.                                             )   Case No. 19-cv-03010
SGT WILLIE HEDDEN, et al                       )
*Defendant*                                    )

## CERTIFICATE OF SERVICE

I certify that on  April 25, 2019 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

all parties having registered                                                        ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

_____
*Attorney's signature*

Richard D. Frazier
*Printed name and bar number*

1 W. Old State Capitol Plaza, Ste 800
Springfield, IL 62701
*Address*

frazier@springfieldlawfirm.com
*E-mail address*

(217) 753-4242
*Telephone number*

(217) 753-4642
*Fax number*