IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LARRY PIPPION, AS REPRESENTATIVE OF THE ESTATE OF LARRY EARVIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Law No. 19-cv-03010-SEM-TSH |
| WILLIE HEDDEN, BENJAMIN BURNETT, BLAKE HAUBRICH, ALEX BANTA, CAMERON WATSON and STEVE SNYDER, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO STAY**

NOW COMES Defendant WILLIE HEDDEN, by THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, P.C., his attorneys, and for his Motion to Stay, states as follows:

1. The Plaintiff filed a cause of action on January 16, 2019, against numerous defendants including Sgt. Willie Hedden.

2. The allegations in Plaintiff's complaint relate to an occurrence which is alleged to have taken place on May 17, 2018, at the Western Illinois Correctional Center.

3. Specifically, the Plaintiff alleges that Defendant Hedden violated the Plaintiff's civil rights and under Section 1983 in Counts I, II and III.

4. Plaintiff further alleges state law claims under Counts IV, V, VI, VII and VIII based on the same facts.

36678-1 TMP/JNK/ALS

      5.      It is counsel's understanding that the U.S. Attorney's Office is conducting an investigation concerning the incident which forms the basis of the civil claims for the purpose of potentially bringing criminal charges against Defendant Hedden.

      6.      It is counsel's understanding that included within the charges may be a claim for intentional violation of the Plaintiff's civil rights, a claim which mirrors the allegations in the civil action.

      7.      Accordingly, Defendant prays that this Court would stay the pending civil action in light of the ongoing federal criminal investigation and grand jury proceedings.

      8.      As Defendant Hedden's counsel for any potential criminal charges has advised Mr. Hedden to plead the fifth at this time, Defendant requests that this Court stay this matter in its entirety to include staying all deadlines for filing an answer to the complaint, staying all deadlines to answer any outstanding discovery and staying all discovery and potential trial deadlines in light of the potential criminal proceedings.

      WHEREFORE, Defendant prays that this Court would grant Defendant's motion to stay.

**<u>DEFENDANT DEMANDS TRIAL BY JURY</u>**

36678-1 TMP/JNK/ALS

    Respectfully Submitted,

    WILLIE HEDDEN, Defendant

    s/ Theresa M. Powell
    Theresa M. Powell, IL ARDC #: 6230402
    Jessica N. Klaus, IL ARDC #: 6315478
    Alisha L. Sheehan, IL ARDC #: 6320311
    HEYL, ROYSTER, VOELKER & ALLEN, P.C.
    3731 Wabash Avenue
    Springfield, IL 62711-6261
    Phone: 217.522.8822
    Fax:    217.523.3902
    Email:  tpowell@heylroyster.com
           jklaus@heylroyster.com
           asheehan@heylroyster.com

36678-1 TMP/JNK/ALS

## **PROOF OF SERVICE**

    I hereby certify that on April 29, 2019, I electronically filed the foregoing instrument, MOTION TO STAY, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ronak P. Maisuria
    Michael Oppenheimer
    ERICKSON & OPPENHEIMER LTD
    Suite 200
    223 West Jackson Boulevard
    Chicago, IL 60606
    Email: ronak@eolawus.com
    Email: michael@eolawus.com
    ***Attorneys for Plaintiff***

    Richard D. Frazier
    CHERRY, FRAZIER & SABIN LLP
    Suite 200, Myers Building
    One West Old State Capitol Plaza
    Post Office Box 198
    Springfield, IL 62705-0198
    Email: frazier@springfieldlawfirm.com
    ***Attorney for Defendant Blake Haubrich***

    Christopher L. Higgerson
    Assistant Attorney General
    Illinois Attorney General's Office
    500 South Second Street
    Springfield, IL 62701
    Email: chiggerson@atg.state.il.us
    ***Attorney for Defendants Steve Snyder and Cameron Watson***

                                        s/ Theresa M. Powell
                                                Theresa M. Powell

TMP/cs (36678-1)
36109753_1.docx