**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | )   No. 19-3010-SEM<br>) |
| SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, C/O ALEX BANTA, WARDEN CAMERON WATSON, ASST. WARDEN STEVE SNYDER, Individually, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Now Comes Kwame Raoul, Attorney General of the State of Illinois, by Laura K. Bautista, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, CAMERON WATSON and STEVE SNYDER, in the above cause.

Respectfully submitted,

CAMERON WATSON
 and STEVE SNYDER,

Defendants,

Laura K. Bautista, #6289023
Assistant Attorney General          KWAME RAOUL, Attorney General,
500 South Second Street             State of Illinois,
Springfield, Illinois 62701
Telephone: (217) 782-1841              Attorney for Defendants,
Facsimile: (217) 782-8767
E-Mail: lbautista@atg.state.il.us   By:  s/ Laura K. Bautista
                                         Laura K. Bautista
   Of Counsel.                           Assistant Attorney General

**No. 19-3010**
**Certificate of Service**

I hereby certify that on May 13, 2019, I caused to be electronically filed a Notice of Appearance, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Michael Oppenheimer at michael@eolawus.com
> Ronak Maisuria at ronak@eolawus.com
> Richard Frazier at frazier@springfieldlawfirm.com
> Theresa Powell at tpowell@heylroyster.com
> Alisha Sheehan at asheehan@heylroyster.com
> Jessica Klaus at jklaus@heylroyster.com

Respectfully submitted,

By:   s/ Laura K. Bautista
      Laura K. Bautista, #6289023
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois 62701
      Telephone: (217) 782-1841
      Facsimile: (217) 782-8767
      E-Mail: lbautista@atg.state.il.us
       & gls@atg.state.il.us