UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY PIPPION, As Representative of the Estate of Larry Earvin,<br><br>    Plaintiff,<br><br>v.<br><br>SGT WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT BLAKE HAUBRICH, CORRECTIONAL OFFICER ALEX BANTA, WARDEN CAMERON WATSON AND ASSISTANT WARDEN STEVE SNYDER, individually,<br><br>    Defendants. | Case No. 3:19-cv-03010-SEM-TSH<br><br>Judge: Magistrate Judge Tom Schanzle-Haskins |

## ANSWER BY DEFENDANT, CORRECTIONAL OFFICER ALEX BANTA

NOW COMES the Defendant, ALEX BANTA, by and through his attorneys, Hinshaw & Culbertson LLP, and states the following in answer to the allegations pleaded against him in Plaintiff's Complaint.

## PARTIES

1. Defendant admits that Larry Earvin was an Illinois Department of Corrections prisoner housed at Western Illinois Correctional Center, and that he died on June 26, 2018. Answering further, Defendant denies the remaining allegations of paragraph 1.

2. Defendant admits that Plaintiff has been appointed as Representative of the Earvin Estate. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 2.

3. Defendant admits that he and Defendants Hedden, Burnett, and Haubrich were employed by the Illinois Department of Corrections. Defendant admits that at all relevant times, he acted within the scope of his employment and under color of law. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 3

4. Defendant admits that Defendant Cameron Watson was employed by the Illinois Department of Corrections as the Warden at Western Illinois Correctional Center. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 4.

5. Defendant admits that Defendant Steve Snyder was employed by the Illinois Department of Corrections as the Assistant Warden at Western Illinois Correctional Center. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 5.

## JURISDICTION AND VENUE

6. Defendant admits that Plaintiff's Complaint claims relief under 42 U.S.C. § 1983 and that jurisdiction is based on 28 U.S.C. § 131 and 1391(b).

7. Defendant admits that venue is proper under 28 U.S. C. § 1391(b).

## BACKGROUND

8. Defendant admits that Larry Earvin was incarcerated at the Western Illinois Correctional Center. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

10. Defendant denies the allegations of paragraph 10.

11. Defendant lacks knowledge as to the truth of the allegations of paragraph 11.

12. Defendant lacks knowledge as to the truth of the allegations of paragraph 12.

13. Defendant lacks knowledge as to the truth of the allegations of paragraph 13.

14. Defendant admits that Mr. Earvin died on June 26, 2018. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 14.

15. Defendant lacks knowledge as to the truth of the allegations of paragraph 15.

303576280v2 2197

16. Defendant admits that on or about May 22, 2018 he was suspended from active employment pending an investigation. Answering further Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 16.

17. Defendant denies that unjustified violence against prisoners at Western Illinois Correctional Center is a common occurrence. Answering further Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 17.

18. Defendant admits that Illinois Department of Corrections policy requires correctional officers to document circumstances resulting in the use of force. Answering further Defendant denies the balance of the paragraph is an adequate statement of the policies and procedures. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 17.

19. Defendant lacks knowledge as to the truth of the allegations of paragraph 18.

**COUNT I-U.S.C. § 1983-Excessive Force Constituting Cruel and Unusual Punishment
(Eighth Amendment Claim Against Defendants Hedden, Burnett, Haubrich, and Banta)**

20. All of Defendant's prior answers are incorporated by reference as if fully set forth.

21. Defendant denies the allegations of paragraph 21.

22. Defendant denies the allegations of paragraph 22.

23. Defendant denies the allegations of paragraph 23.

24. Defendant denies the allegations of paragraph 24.

**COUNT II-42 U.S.C. § 1983- Failure to Intervene
(Eighth Amendment Claim Against All Defendants)**

25. All of Defendant's prior answers are incorporated by reference as if fully set forth.

26. Defendant denies the allegations of paragraph 26.

3

27. Defendant denies the allegations of paragraph 27.

28. Defendant denies the allegations of paragraph 28.

29. Defendant denies the allegations of paragraph 29

30. Defendant denies the allegations of paragraph 30.

31. Defendant denies that correctional officers at Western Illinois Correctional Center routinely used excess force against prisoners. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 31.

32. Defendant lacks knowledge as to the truth of the allegations of paragraph 32.

33. Defendant denies that there was widespread use of excessive force at Western Illinois Correctional Center. Answering further, Defendant lacks knowledge as to the truth of the remaining allegations of paragraph 33.

34. Defendant denies the allegations of paragraph 34.

### COUNT III-U.S.C. § 1983-Conspiracy
### (All Defendants)

35. All of Defendant's prior answers are incorporated by reference as if fully set forth.

36. Defendant denies the allegations of paragraph 36.

37. Defendant denies the allegations of paragraph 37.

38. Defendant denies the allegations of paragraph 38.

39. Defendant denies the allegations of paragraph 39.

40. Defendant denies the allegations of paragraph 40.

### COUNT IV- State Law Claim-Intentional Infliction of Emotional Distress
### (Pursuant to the Illinois Survival Act Against Defendants Hedden, Burnett, Haubrich, and Banta)

41. All of Defendant's prior answers are incorporated by reference as if fully set forth.

4

42. Defendant denies the allegations of paragraph 42.

43. Defendant denies the allegations of paragraph 43.

44. Defendant denies the allegations of paragraph 44.

45. Defendant denies the allegations of paragraph 45.

### COUNT V- State Law Claim-Battery
### (Pursuant to the Illinois Survival Act Against Defendants Hedden, Burnett, Haubrich, and Banta)

46. All of Defendant's prior answers are incorporated by reference as if fully set forth.

47. Defendant denies the allegations of paragraph 47.

48. Defendant denies the allegations of paragraph 48.

49. Defendant denies the allegations of paragraph 49.

50. Defendant denies the allegations of paragraph 50.

### COUNT VI- State Law Claim-Negligent or Willful and Wanton Conduct
### (Pursuant to the Illinois Survival Act Against All Defendants)

51. All of Defendant's prior answers are incorporated by reference as if fully set forth.

52. Defendant denies the allegations of paragraph 52

53. Defendant denies the allegations of paragraph 53.

54. Defendant denies the allegations of paragraph 54.

55. Defendant denies the allegations of paragraph 55.

### COUNT VII- State Law Claim-Wrongful Death
### (Against Defendants Hedden, Burnett, Haubrich, and Banta)

56. All of Defendant's prior answers are incorporated by reference as if fully set forth.

57. Defendant denies the allegations of paragraph 57.

303576280v2 2197

58. Defendant denies the allegations of paragraph 58.

59. Defendant denies the allegations of paragraph 59.

60. Defendant denies the allegations of paragraph 60.

61. Defendant lacks knowledge as to the truth of the allegations of paragraph 61.

**COUNT VIII- State Law Claim-Wrongful Death**
**(Against Defendants Hedden, Burnett, Haubrich, and Banta)**

62. All of Defendant's prior answers are incorporated by reference as if fully set forth.

63. Defendant denies the allegations of paragraph 63.

64. Defendant denies the allegations of paragraph 64.

65. Defendant denies the allegations of paragraph 65.

66. Defendant lacks knowledge as to the truth of the allegations of paragraph 66.

**AFFIRMATIVE DEFENSES**

1. For his Affirmative Defense to the allegations of Count 1 through Count III, Defendant, ALEX BANTA, states he is entitled to qualified immunity with respect to any act or omission performed in the course of his duties relating to Plaintiff's decedent.

2. For his Affirmative Defense to the allegations of Count IV through Count VIII, Defendant, ALEX BANTA, states he is entitled to immunity pursuant to the Illinois Local Governmental and Governmental Employees Tort Immunity Act, with respect to any act or omission performed in the course of his duties relating to Plaintiff's decedent.

WHEREFORE, Defendant, ALEX BANTA, prays for judgment in his favor and an award of reasonable attorney's fees and costs against Plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY**

Date: May _____, 2019
Respectfully submitted,

/s/ *Alex Banta*
Alex Banta, Pro Se

Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Defendant Correctional Officer Alex Banta

## CERTIFICATE OF SERVICE

I hereby certify that on May _____, 2019, I caused to be electronically filed the foregoing ANSWER OF DEFENDANT, ALEX BANTA with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Ronak P. Maisuria<br>ronak@eolawus.com | Richard D. Frazier<br>frazier@springfieldlawfirm.com |
| Michael Oppenheimer | Christopher L. Higgerson |

303576280v2 2197

michael@eolawus.com                                         chiggerson@atg.state.il.us

Theresa M. Powell
tpowell@heylroyster.com

Alisha Lynne Sheehan
asheehan@heylroyster.com

  and I hereby certify that on May \_\_\_\_, 2019, I mailed by United States Postal Service, the document(s) to the following non-registered participants: **NONE**

                */s/ Alex Banta*