E-FILED
Friday, 05 July, 2019  11:29:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, CORRECTIONAL OFFICER ALEX BANTA, WARDEN CAMERON WATSON, ASSISTANT WARDEN STEVE SNYDER, individually,<br><br>    Defendant. | No.: 19-cv-03010<br><br>JURY DEMAND |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendant ALEX BANTA furnishes the following information in compliance with Rule 11.3 of this Court:

(1)    The full name of every party or amicus the attorney represents in the case:    **ALEX BANTA**

(2)    If such party or amicus is a corporation:    **N/A**
    i)    Its parent corporation, if any:
    ii)    A list of its stockholders which are publicly-held companies owning 10% or more of the stock in the party or amicus:

(3)    The names of all law firms whose partners or associates have appeared for the party in the district court or are expected to appear for the party in this Court:
    **Feldman, Wasser, Draper & Cox a/k/a FeldmanWasser**

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

/s/Stanley N. Wasser
Stanley N. Wasser, One of His Attorneys
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
Telephone: 217-544-3403
swasser@feldman-wasser.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ronak P. Maisuria | ronak@eolawus.com |
| Michael Oppenheimer | michael@eolawus.com |
| Theresa M. Powell | tpowell@heylroyster.com |
| Richard D. Frazier | frazier@springfieldlawfirm.com |
| Laura K. Lautista | LBautista@atg.state.il.us |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

/s/Stanley N. Wasser
Stanley N. Wasser, #02947307
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **2**