IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, <br><br> Plaintiff, <br><br> v. <br><br> SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, CORRECTIONAL OFFICER ALEX BANTA, WARDEN CAMERON WATSON, ASSISTANT WARDEN STEVE SNYDER, individually, <br><br> Defendant. | No.: 19-cv-03010 <br><br> JURY DEMAND |

**DEFENDANT ALEX BANTA'S RESPONSE
TO THE COURT'S DECEMBER 11, 2019 TEXT ORDER**

Defendant ALEX BANTA, by his attorneys, and in response to the Court's December 11, 2019 Text Order, states as follows:

1.  Defendant Banta has no objection to Plaintiff's Motion for Leave (d/e #56) nor to Plaintiff's Motion to Withdraw its Motion (d/e 57), but requests that the Court permit a reasonable time for Defendant Banta to review and, if need be, to respond to any renewed motion by Plaintiff for leave to file an amended complaint.

2.  Defendant Banta takes no position as to the lifting of the stay as to co-defendants Haubrich and Burnett who have not been indicted. However, Defendant Banta concurs in and adopts the position stated in Defendant Hedden's Notice of Compliance filed December 31, 2019 (d/e #58), that it is appropriate to permit a stay

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **3**

to remain in place as to both indicted and unindicted civil defendants in order to protect the interest of all parties and to allow for efficient discovery.

      3.     Defendant Banta also concurs in and adopts the position stated in Defendant Hedden's Notice, that should the Court partially lift the stay as to co-defendants Haubrich and Burnett, that Defendant Banta likewise be permitted to participate in such discovery as to unindicated co-defendants only, without this being considered a waiver by Defendant Banta of his Fifth Amendment rights or violating the remaining stay, in order that Defendant Banta can protect his interests.

                              ALEX BANTA, Defendant,

              BY:    /s/Stanley N. Wasser
                      Stanley N. Wasser, #02947307
                      FeldmanWasser
                      1307 South Seventh Street
                      Springfield, IL 62703
                      217-544-3403
                      swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **3**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ronak P. Maisuria | ronak@eolawus.com |
| Michael Oppenheimer | michael@eolawus.com |
| Theresa M. Powell | tpowell@heylroyster.com |
| Richard D. Frazier | frazier@springfieldlawfirm.com |
| Laura K. Bautista | LBautista@atg.state.il.us |
| Christopher A. Koester | koester@taylorlaw.net |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      Not Applicable

      /s/Stanley N. Wasser
Stanley N. Wasser, #02947307
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **3**