## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, )<br>)<br>) | |
| Plaintiff, ) | Case No.  19 CV 3010 |
| ) | |
| vs. ) | Judge:  Myerscough |
| ) | |
| ) | JURY DEMAND |
| SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, CORRECTIONAL OFFICER ALEX BANTA, WARDEN CAMERON WATSON, ASSISTANT WARDEN STEVE SNYDER, and LT. TODD SHEFFLER, individually, )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A PROPOSED AMENDED COMPLAINT

NOW COMES the Plaintiff, Larry Pippion, by and through one of his attorneys, Ronak Maisuria, and in support of Plaintiff's Motion for Extension of Time to File a Proposed Amended Complaint, states as follows:

1. On December 10, 2019, Plaintiff filed his Motion for Leave to File his First Amended Complaint (Dkt. 56). The proposed amended complaint named Todd Sheffler as a new defendant given his recent indictment in connection with the beating death of Plaintiff's decedent, Larry Earvin.

2. Subsequent to filing his Motion for Leave to File his First Amended Complaint, the undersigned received voluminous documents from two IDOC correctional centers Plaintiff had issued subpoenas to in accordance with the Court's order partially lifting the stay on discovery in this case. On December 18, 2019, the undersigned filed a motion for

leave to withdraw Dkt. 56 to allow for a complete review of the documents produced and preparation of a revised complaint naming additional parties, adding new claims, and including additional factual allegations based on information set forth in the discovery provided.

3. In the December 18 filing, the undersigned indicated that Plaintiff anticipated filing a new motion for leave to file an amended complaint no later than January 14, 2020.

4. As of the time of this filing, the undersigned has completed a review of the materials produced. However, the discovery produced contains documents with illegible signatures that need to be identified so that these individuals can be added as defendants. The undersigned has spoken with counsel for Defendants Watson and Snyder, Ms. Bautista, regarding this issue and has issued an interrogatory to the foregoing defendants seeking the identities of these individuals.

5. As such, Plaintiff seeks an extension of time through February 13, 2020[1] to file a motion seeking leave to file an amended complaint so that the complaint can include all necessary defendants.

6. This motion is not brought to cause undue delay.

7. No party will be prejudiced by this motion.

8. The undersigned contacted counsel for all Defendants regarding their position on this motion. As of the time of this filing, the undersigned has only received a response from Ms. Bautista, who indicated that she had no objection.

**WHEREFORE** the Plaintiff prays that this Honorable Court grant his Motion for Extension of Time to File a Proposed Amended Complaint.

---

[1] Plaintiff will file his motion prior to this date should the Defendants' interrogatory answer be received sooner.

Respectfully submitted,

/s/ Ronak Maisuria

**CERTIFICATE OF SERVICE**

Ronak Maisuria, a licensed attorney, states that on January 14, 2020 the foregoing motion was served on all attorneys of record *via ECF*.

/s/ Ronak Maisuria

Erickson & Oppenheimer, Ltd.
223 W. Jackson, Ste. 200
Chicago, IL 60606
312-327-3370