IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY PIPPION, AS REPRESENTATIVE OF THE ESTATE OF LARRY EARVIN, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, OFFICER ALEX BANTA, WARDEN CAMERON WATSON, ASSISTANT WARDEN STEVE SNYDER, LT. TODD SHEFFLER, OFFICER SYRCLE, OFFICER SNELL, OFFICER HENDRICKS, SGT. HASTEN, SGT. VOLK, OFFICER WERRIES, OFFICER KURFMAN, OFFICER SHAW, OFFICER RICHMILLER, OFFICER WATERSTRAAT, OFFICER ARENS, MAJOR FISHEL, MAJOR CRARY, LT. SHOOPMAN, LT. SORRELLS, LT. MCQUILLEN, SGT. LENNING, SGT. THOMAS, OFFICER LOOKER, OFFICER POOL, OFFICER GRAWE, OFFICER CHENOWETH, OFFICER RADECKI, OFFICER HUGES, LT. LINDSEY, NURSE DUESENBERG, NURSE PRACTITIONER SMITH, LCPC HILL, AWP CONLEY, OFFICER SESSION, LT. DURELL, SGT. EICHELBERGER, OFFICER SHIPMAN, AND OFFICER WHOLFIEL, INDIVIDUALLY, )<br>)<br>Defendants. ) | Law No. 19-cv-03010-SEM-TSH |

## MOTION TO STAY

NOW COMES Defendant WILLIE HEDDEN, by THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, P.C., his attorneys, and for his Motion to Stay, states as follows:

1. The Plaintiff filed a cause of action on January 16, 2019, against numerous defendants including Sgt. Willie Hedden.

2. The allegations in Plaintiff's complaint relate to an occurrence which is alleged to have taken place on May 17, 2018, at the Western Illinois Correctional Center.

3. Specifically, the Plaintiff alleges that Defendant Hedden violated the Plaintiff's civil rights and under Section 1983 in Counts I, II and III.

4. Plaintiff further alleges state law claims under Counts IV, V, VI, VII and VIII based on the same facts.

5. On April 29, 2019, Defendant Hedden filed a Motion to Stay and Memorandum in Support. [d/e 25-26].

6. On July 3, 2019, U.S. District Judge Sue E. Myerscough entered an Opinion granting the Motion to Stay. [d/e 35].

7. On January 28, 2020, the Court granted Plaintiff's unopposed request to file an amended complaint. [Text Order 1/28/2020].

8. On February 13, 2020, Plaintiff filed his First Amended Complaint. [d/e 66].

9. The allegations in Plaintiff's Amended Complaint relate to an occurrence which is alleged to have taken place on May 17, 2018, at the Western Illinois Correctional Center.

10. Specifically, the Plaintiff alleges that Defendant Hedden violated the Plaintiff's civil rights and under Section 1983 in Counts I, II, IV and V.

11. Plaintiff further alleges state law claims under Counts VI, VII, VIII, IX and X based on the same facts.

12. On December 4, 2019, the U.S. Attorney's Office filed criminal charges against several of the Defendants, including Defendant Hedden, concerning the incident which forms the basis of this civil action. [19-cr-30067].

13. Some of the charges included in the criminal action are conspiracy against rights; deprive civil rights; destruction, alteration or falsification of records in federal investigations; and intimidation or force against witness, which claims mirror the allegations in this civil action.

14. Accordingly, Defendant prays that this Court would stay the pending civil action in light of the ongoing federal criminal action.

15. As Defendant Hedden's counsel for his criminal charges has advised Mr. Hedden to plead the fifth at this time, Defendant requests that this Court stay this matter in its entirety to include staying all deadlines for filing an answer to the complaint, staying all deadlines to answer any outstanding discovery and staying all discovery and potential trial deadlines in light of the potential criminal proceedings.

WHEREFORE, Defendant prays that this Court would grant Defendant's motion to stay.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully Submitted,

WILLIE HEDDEN, Defendant

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822
Fax:    217.523.3902
Email:  tpowell@heylroyster.com

## **PROOF OF SERVICE**

  I hereby certify that on February 24, 2020, I electronically filed the foregoing instrument, MOTION TO STAY, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Ronak P. Maisuria
  Michael Oppenheimer
  ERICKSON & OPPENHEIMER LTD
  Suite 200
  223 West Jackson Boulevard
  Chicago, IL 60606
  Email: ronak@eolawus.com
  Email: michael@eolawus.com
  ***Attorneys for Plaintiff***

  Richard D. Frazier
  CHERRY, FRAZIER & SABIN LLP
  Suite 200, Myers Building
  One West Old State Capitol Plaza
  Post Office Box 198
  Springfield, IL 62705-0198
  Email: frazier@springfieldlawfirm.com
  ***Attorney for Defendant Blake Haubrich***

  Laura K. Bautista
  Assistant Attorney General
  Illinois Attorney General's Office
  500 South Second Street
  Springfield, IL 62701
  Email: lbautista@atg.state.il.us
  ***Attorney for Defendants Steve Snyder and Cameron Watson***

  Stanley N. Wasser
  Howard W. Feldman
  FELDMAN WASSER
  1307 South Seventh Street
  Springfield, IL 62703
  Email: swasser@feldman-wasser.com
  Email: hfeldman@feldman-wasser.com
  ***Attorneys for Defendant Alex Banta***

Christopher A. Koester
TAYLOR LAW OFFICES, P.C.
122 East Washington Avenue
P.O. Box 668
Effingham, IL  62401
Email: koester@taylorlaw.net
***Attorney for Defendant Benjamin Burnett***

                                               s/ Theresa M. Powell
                                                   Theresa M. Powell

TMP/cs (36678-1)
37592022_1.docx