UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY PIPPION, as Representative of the Estate of Larry Earvin, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) No. 19-3010-SEM ) |
| SGT. WILLIE HEDDEN, LT. BENJAMIN BURNETT, LT. BLAKE HAUBRICH, C/O ALEX BANTA, WARDEN CAMERON WATSON, ASST. WARDEN STEVE SNYDER, Individually, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Defendant, BENJAMIN BURNETT, by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby moves to substitute counsel, stating as follows:

1. The Illinois Attorney General's Office has agreed to represent Defendant Burnett.

2. Assistant Attorney General Laura K. Bautista is now assigned to represent the Defendant Burnett in this matter.

3. It is requested that Christopher A. Koester be removed from the Court's service list as counsel for Defendant Burnett, as he no longer represents Mr. Burnett in this matter.

4. Attorney Christopher A. Koester agreed to the filing of this motion.

WHEREFORE, for the above and foregoing reasons, Defendant Benjamin Burnett respectfully requests this Honorable Court allow the substitution of Assistant Attorney General Laura K. Bautista for attorney Christopher A. Koester, and that Christopher A. Koester be terminated and removed from the service list as counsel for Defendant Burnett.

                Respectfully submitted,

                BENJAMIN BURNETT

                   Defendant,

Laura K. Bautista, #6289023
Assistant Attorney General        KWAME RAOUL, Attorney General,
500 South Second Street          State of Illinois,
Springfield, Illinois 62701
Telephone: (217) 782-1841           Attorney for Defendant,
Facsimile: (217) 782-8767
E-Mail: lbautista@atg.state.il.us    By:  s/ Laura K. Bautista
                                                     Laura K. Bautista
                                                      Assistant Attorney General

No. 19-3010
Certificate of Service

I hereby certify that on May 7, 2020, I caused to be electronically filed a Motion for Substitution of Counsel, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Michael Oppenheimer<br>michael@eolawus.com | Richard Frazier<br>frazier@springfieldlawfirm.com |
| Ronak Maisuria<br>ronak@eolawus.com | Theresa Powell<br>tpowell@heylroyster.com |
| Jon F. Erickson<br>jon@eolawus.com | Christopher A. Koester<br>koester@taylorlaw.net |
| Stanley N. Wasser<br>swasser@feldman-wasser.com | |

Respectfully submitted,

By: s/ Laura K. Bautista
  Laura K. Bautista, #6289023
  Assistant Attorney General