# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

LARRY PIPPION, as Special Administrator )
of the Estate of LARRY EARVIN, )
deceased, )
                                          ) Case No. 19 CV 3010
            Plaintiff, )
                                          ) Judge Myerscough
     v. )
                                          ) Magistrate Judge Schenkier
SGT. WILLIE HEDDEN et al., )
                                          )
           Defendants. )

## **MOTION TO WITHDRAW AS COUNSEL**

Attorney Ronak Maisuria respectfully moves to withdraw her appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned filed an appearance on behalf of Plaintiff in this matter.

2. The undersigned is no longer be employed with Erickson & Oppenheimer as of August 9, 2021.

3. Additional attorneys currently represent the Plaintiff and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the Plaintiff nor cause any undue delay in this proceeding.

WHEREFORE the undersigned respectfully requests this Honorable Court grant this motion.

                                                      Respectfully submitted,

                                                      /s/ Ronak Maisuria

Erickson & Oppenheimer
223 W. Jackson, Ste. 200
Chicago, IL 60606
312-327-3370

## **CERTIFICATE OF SERVICE**

    Ronak Maisuria, a licensed attorney, states that on August 10, 2021 the foregoing motion was served on all attorneys of record *via ECF*.

/s/ Ronak Maisuria

Erickson & Oppenheimer, Ltd.
223 W. Jackson, Ste. 200
Chicago, IL 60606
312-327-3370