# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY PIPPION as Representative of the Estate of Larry Earvin, Deceased, )<br>      Plaintiff, )<br>    v. )<br>WILLIE HEDDEN, et al., )<br>      Defendants. ) | Case No. 19 CV 3010<br><br>The Honorable Collen R. Lawless |

## **AGREED ORDER TO DISMISS**

This matter coming before the Court on the Stipulation of the parties, with certain parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Larry Pippion, as Representative of the Estate of Larry Earvin, Deceased, by his attorney Jon Erickson of Erickson Law, LLC, and certain IDOC defendants represented by the Illinois Attorney General, by Assistant Chief Deputy Attorney General, Laura Bautista, including, Cody Arens, Benjamin Burnett, Phillip Chenoweth, Shawn Conley, Philip Crary, Eddie Durell, Josh Eichelberger, Robert Fishel, Randy Grawe, Derek Hasten, Brett Hendricks, Aaron Hughes, Nolan Kurfman, Daniel Lenning, Matthew Lindsey, Timothy Looker, Bradley Pool, Michael Radecki, Jonathon McQuillen, Jonathon Richmiller, Tyler Shaw, Scott Shipman, David Session, Richard Shoopman, Steve Snyder, Jason Sorrells, Brandon Snell, Susan Surratt, Brandon Syrcle, Cameron Watson, Steve Thomas, Shawn Volk, Richard Waterstraat, and Eric Wohlfeil. The Plaintiff and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court orders as follows:

1. The case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each side bearing its own costs and attorneys' fees.

Respectfully Submitted,

By: /Jon F. Erickson
Attorney for Larry Pippion

Jon F. Erickson
Erickson Law, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
773-875-4646
JonEricksonLaw@gmail.com